· CROSBY YACHT YARD, INC. *vs.* RICHARD FINN. Reported below: 42 Mass. App. Ct. 1119 (1997).

LEONARD R. FRIEDMAN *vs.* BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. Reported below: 43 Mass. App. Ct. 1113 (1997).

JOHN F. GILLESPIE, SR., & another *vs.* SQUARE PARKING, INC., & another. Reported below: 43 Mass. App. Ct. 1115 (1997).

HRPT ADVISORS, INC. *vs.* MACDONALD, LEVINE, JENKINS & CO., P.C. Reported below: 43 Mass. App. Ct. 613 (1997).

MARY LOU MURPHY, administratrix, *vs.* PETER LEVINE & others. Reported below: 43 Mass. App. Ct. 1113 (1997).

LINDA J. OKULA *vs.* THE SALVATION ARMY & others. Reported below: 43 Mass. App. Ct. 1115 (1997).

GERTRUDE SHEAR *vs.* WILLIAM GABOVITCH & another, trustees. Reported below: 43 Mass. App. Ct. 650 (1997).

CAROL SKELTON & another *vs.* TOWN OF TEMPLETON & others. Reported below: 43 Mass. App. Ct. 1112 (1997).

MARY ANN VALIS *vs.* JOSEPH LAURANZANO. Reported below: 43 Mass. App. Ct. 1114 (1997).

JAMES M. WALSH *vs.* ELIZABETH O'KEEFE & another. Reported below: 43 Mass. App. Ct. 1115 (1997).

TOWN OF YARMOUTH *vs.* BARNSTABLE COUNTY RETIREMENT BOARD & another. Reported below: 43 Mass. App. Ct. 1113 (1997).


November 25, 1997

*Further appellate review granted:*

COMMONWEALTH *vs.* FABIAN ACEVEDO. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* MANUEL MONTEAGUDO. Reported below: 43 Mass. App. Ct. 921 (1997).

*Further appellate review denied:*

ADOPTION OF FLETCHER. Reported below: 43 Mass. App. Ct. 1112 (1997).

ADOPTION OF GABRIELLE. Reported below: 43 Mass. App. Ct. 1114 (1997).

LAUREL AHLSTROM *vs.* NATHALIE JUDSON & others. Reported below: 43 Mass. App. Ct. 1109 (1997).

LILIANO BRANCALEONI *vs.* FABIO BERTARELLI & others. Reported below: 43 Mass. App. Ct. 1112 (1997).

COMMONWEALTH *vs.* ALAN L. BALLINGER. Reported below: 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH *vs.* ANTHONY BROWN. Reported below: 43 Mass. App. Ct. 1114 (1997).

COMMONWEALTH *vs.* MARK D. LENDER. Reported below: 43 Mass. App. Ct. 1115 (1997).

COMMONWEALTH *vs.* HECTOR N. MEDINA. Reported below: 43 Mass. App. Ct. 534 (1997).

COMMONWEALTH *vs.* DAVID PEREZ. Reported below: 43 Mass. App. Ct. 1111 (1997).

COMMONWEALTH *vs.* KURTIS T. SMALL. Reported below: 43 Mass. App. Ct. 1110 (1997).

COMMONWEALTH *vs.* MARTIN J. SPEAR. Reported below: 43 Mass. App. Ct. 583 (1997)..

COMMONWEALTH *vs.* STEPHEN WOJCIK. Reported below as COMMONWEALTH *vs.* ROBERT WOJCIK (and a companion case): 43 Mass. App. Ct. 595 (1997).

JAMES B. FERGUSON, individually and as trustee, *vs.* PLANNING BOARD OF MILLIS & another. Reported below: 43 Mass. App. Ct. 1111 (1997).

HAROLD W. STONE & another *vs.* CITY OF LYNN & another. Reported below: 43 Mass. App. Ct. 1112 (1997).